Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

May 14, 2025
Ravi Subramanian, Clerk
By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

1. DANIEL IBARRA LOERA,
2. JOSE GARCIA CORONA,
3. LEONARDO ROJAS CRUZ,
4. OSCAR OMAR SERRANO SERRANO,
5. JUAN LOPEZ ROBLERO,
6. GIOVANNI ANTONIO GARDUNO GARCIA, and
7. SANG SU,

Defendants.

NO. CR25-091 JNW

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

**(Conspiracy to Distribute Controlled Substances)**

Beginning at a time unknown, and continuing until at least May 14, 2025, in King County, within the Western District of Washington, and elsewhere DANIEL IBARRA LOERA, JOSE GARCIA CORONA, LEONARDO ROJAS CRUZ, OSCAR OMAR

Indictment - 1
*United States v. Ibarra Loera et al.*
USAO No. 2025R00580

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

SERRANO SERRANO, JUAN LOPEZ ROBLERO, GIOVANNI ANTONIO GARDUNO GARCIA, and SANG SU, and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including: cocaine and methamphetamine, substances controlled under Title 21, United States Code.

The Grand Jury further alleges that with respect to DANIEL IBARRA LOERA, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved five kilograms or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of Title 21, United States Code, Sections 841(b)(1)(A).

The Grand Jury further alleges that with respect to JOSE GARCIA CORONA, LEONARDO ROJAS CRUZ, OSCAR OMAR SERRANO SERRANO, and GIOVANNI ANTONIO GARDUNO GARCIA, their conduct as members of the conspiracy charged in Count 1, which includes the reasonably foreseeable conduct of other members of the conspiracy charged in Count 1, involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers in violation of Title 21, United States Code, Sections 841(b)(1)(B).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

## COUNT 2

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about October 1, 2024, in King County, within the Western District of Washington, DANIEL IBARRA LOERA and SANG SU did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, a controlled substance, including: cocaine, a substance controlled under Title 21, United States Code.

Indictment - 2
*United States v. Ibarra Loera et al.*
USAO No. 2025R00580

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that this offense was committed during and in furtherance of the offense alleged in Count 1 (Conspiracy to Distribute Controlled Substances).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

The allegations contained in Count 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of an offense alleged in Counts 1 or 2, DANIEL IBARRA LOERA, JOSE GARCIA CORONA, LEONARDO ROJAS CRUZ, OSCAR OMAR SERRANO SERRANO, JUAN LOPEZ ROBLERO, GIOVANNI ANTONIO GARDUNO GARCIA, and SANG SU shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

 a. cannot be located upon the exercise of due diligence;
 b. has been transferred or sold to, or deposited with, a third party;
 c. has been placed beyond the jurisdiction of the Court;
 d. has been substantially diminished in value; or
 e. has been commingled with other property which cannot be divided without difficulty,

Indictment - 3
*United States v. Ibarra Loera et al.*
USAO No. 2025R00580

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: yes

DATED: 14 May 2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TEAL LUTHY MILLER
Acting United States Attorney

_____
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
CASEY S. CONZATTI
BRIAN J. WYNNE
Assistant United States Attorneys

Indictment - 4
*United States v. Ibarra Loera et al.*
USAO No. 2025R00580

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970