Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>                    v.<br><br>1.  DANIEL IBARRA LOERA,<br>2.  JOSE GARCIA CORONA,<br>3.  LEONARDO ROJAS CRUZ,<br>4.  OSCAR OMAR SERRANO SERRANO,<br>5.  JUAN LOPEZ ROBLERO,<br>6.  GIOVANNI ANTONIO GARDUNO GARCIA, and<br>7.  SANG SU,<br><br>                    Defendants. | NO. CR25-091 TL<br><br>CASE SCHEDULING ORDER |

The Court hereby enters this jointly proposed pretrial case scheduling order setting the following dates and deadlines in this case.

| EVENT | DEADLINE |
|---|---|
| Motions filing date | *February 13, 2026* |
| Government's notice of intent to introduce evidence under Fed. R. Evid. 404(b) | *February 13, 2026* |

Stipulated Motion to Continue - 1
*United States v. Ibarra Loera et al.* / CR 25-091 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| Expert disclosures for government's case-in-chief | *March 9, 2026* |
| Expert disclosures for defense case-in-chief | *March 18, 2026* |
| Motions *in limine* filing date | *March 30, 2026* |
| Responses to motions *in limine* | *April 6, 2026* |
| Joint Instructions and/or Joint Statement of Disputed Instructions filing date | *April 3, 2026* |
| Joint Proposed Voir Dire and Questionnaire filing date | *April 3, 2026* |
| Government's trial brief filing date | *March 30, 2026* |
| Defense's trial brief filing date | *April 2, 2026* |
| Pretrial conference | *April 3, 2026, at 2:00 pm* |
| Government's witness list filing date | *March 30, 2026* |
| Government's exhibit list filing date | *March 30, 2026* |
| Defense's witness list filing date | *April 2, 2026* |
| Defense's exhibit list filing date | *April 2, 2026* |
| Trial | *April 13, 2026, at 9:00 am* |

It is **SO ORDERED**.

DATED this 27th day of October, 2025.

Tana Lin
United States District Judge

Stipulated Motion to Continue - 2
*United States v. Ibarra Loera et al.* / CR 25-091 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Respectfully submitted this 20th day of October, 2025.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney


/s/ *Casey S. Conzatti*
Casey S. Conzatti
Brian J. Wynne
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Fax:  206-553-4073
E-mail:  casey.conzatti@usdoj.gov


SO STIPULATED this 20th day of October, 2025 (via email authorization).

Stipulated Motion to Continue - 3
*United States v. Ibarra Loera et al.* / CR 25-091 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*/s/ James Curtis*
James Curtis
Attorney for Daniel Ibarra Loera

*/s/ Abigail Cromwell*
Abigail W.S. Cromwell
Attorney for Jose Garcia Corona

*/s/ Thomas David Coe*
Thomas David Coe
Attorney for Leonardo Rojas Cruz

*/s/ Peter Geisness*
Peter Thomas Geisness
Attorney for Oscar Omar Serrano Serrano

*/s/ Michael Filipovic*
Jeniece LaCross
Michael Filipovic
Attorneys for Juan Lopez Roblero

*/s/ Nicholas Wright Marchi*
Nicholas Wright Marchi
Attorney for Giovanni Antonio Garduno Garcia

*/s/ Jeffrey Kradel*
Jeffrey L. Kradel
Attorney for Sang Su

Order Continuing Trial Date - 1
*United States v. Ibarra Loera et al.* / CR25-00 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970