The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

OSCAR OMAR SERRANO SERRANO,

Defendant.

NO. CR25-091 TL

SUPERSEDING INFORMATION

The United States Attorney charges that:

## COUNT 1

### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, and continuing until at least May 14, 2025, in King County, within the Western District of Washington, and elsewhere, OSCAR OMAR SERRANO SERRANO, and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including: cocaine, a substance controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846.

Information - 1
*United States v. Oscar Omar Serrano Serrano*, CR25-091 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Alien in Possession of a Firearm)

On or about May 29, 2025, in King County, within the Western District of Washington, OSCAR OMAR SERRANO SERRANO, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a .22 caliber rifle bearing serial number A386456, that had been shipped or transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(5)(A).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Superseding Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, OSCAR OMAR SERRANO SERRANO shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense, including but not limited to the following:

a.    a .22 caliber rifle and any associated ammunition seized from 407 Milwaukee Blvd., Algona, Washington, 98001.

Upon conviction of the offense alleged in Count 2, OSCAR OMAR SERRANO SERRANO shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to the following:

a.    a .22 caliber rifle and any associated ammunition seized from 407 Milwaukee Blvd., Algona, Washington, 98001.

Information - 2
*United States v. Oscar Omar Serrano Serrano*, CR25-091 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the Court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

      DATED this __14th__ day of January, 2026.

s/ Sarah G. Vogel, for
CHARLES NEIL FLOYD
United States Attorney

_____ for
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
CASEY S. CONZATTI
BRIAN J. WYNNE
Assistant United States Attorneys

Information - 3
*United States v. Oscar Omar Serrano Serrano*, CR25-091 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970