The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

GIOVANNI ANTONIO GARDUNO GARCIA,

Defendant.

NO. CR25-091 TL

SUPERSEDING INFORMATION

The United States Attorney charges that:

## COUNT 1

### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, and continuing until at least May 29, 2025, in King County, within the Western District of Washington, and elsewhere, GIOVANNI ANTONIO GARDUNO GARCIA, and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including: cocaine, substances controlled under Title 21, United States Code.

Superseding Information - 1
*United States v. Giovanni Antonio Garduno Garcia*, CR25-091 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846.

### COUNT 2

**(Possession of a Firearm in Furtherance of a Drug Trafficking Offense)**

On or about May 29, 2025, in King County, within the Western District of Washington, GIOVANNI ANTONIO GARDUNO GARCIA knowingly possessed firearms, that is: a Glock 22 semi-automatic handgun and a Glock 26 semi-automatic handgun, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States: *Conspiracy to Distribute Controlled Substances*, as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Superseding Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, GIOVANNI ANTONIO GARDUNO GARCIA shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense, including but not limited to the following:

a.     a black 2007 Mercedes-Benz G Class G55 SUV, Washington License CFV2601, VIN #WDCYR71E47X168067, registered to Geovanni Antonio Garduno Garcia;

b.     a 2024 Dodge Durango SRT 392, Washington License CPL6033, VIN #1C4SDJG7RC239851, registered to Geovanni Antonio Garduno Garcia;

Superseding Information - 2
*United States v. Giovanni Antonio Garduno Garcia*, CR25-091 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

c.     approximately $93,345 in U.S. Currency, seized from 1036 7th Avenue NW, Apt. B203, Issaquah, Washington;

d.     a Glock 26 Pistol, bearing serial number WYN689, and any associated accessories and ammunition, seized from 1036 7th Avenue NW, Apt. B203, Issaquah, Washington;

e.     a Glock 22 Pistol, bearing serial number BWHN718, with inserted loaded magazine, and any associated accessories and ammunition, seized from 1036 7th Avenue NW, Apt. B203, Issaquah, Washington;

f.     assorted magazines, ammunition, and accessories, seized from seized from 1036 7th Avenue NW, Apt. B203, Issaquah, Washington; and

g.     various items of body armor, seized from 1036 7th Avenue NW, Apt. B203, Issaquah, Washington.

Upon conviction of the offense alleged in Count 2, GIOVANNI ANTONIO GARDUNO GARCIA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to the following:

a.     a Glock 26 Pistol, bearing serial number WYN689, and any associated ammunition, seized from 1036 7th Avenue NW, Apt. B203, Issaquah, Washington; and

b.     a Glock 22 Pistol, bearing serial number BWHN718, with inserted loaded magazine, and any associated ammunition, seized from 1036 7th Avenue NW, Apt. B203, Issaquah, Washington.

Superseding Information - 3
*United States v. Giovanni Antonio Garduno Garcia*, CR25-091 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the Court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

DATED this __9th__ day of March, 2026.

*s/ Sarah Y. Vogel*
SARAH Y. VOGEL
Criminal Chief Assistant U.S. Attorney

_____ for
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
CASEY S. CONZATTI
BRIAN J. WYNNE
Assistant United States Attorneys

Superseding Information - 4
*United States v. Giovanni Antonio Garduno Garcia*, CR25-091 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970