The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR25-091 TL |
| Plaintiff, | |
| v. | SUPERSEDING INFORMATION |
| DANIEL IBARRA LOERA, | |
| Defendant. | |

The United States charges that:

## COUNT 1

### (Conspiracy to Distribute Controlled Substances)

Beginning at a time unknown, and continuing until at least May 29, 2025, in King County, within the Western District of Washington, and elsewhere, DANIEL IBARRA LOERA, and others known and unknown, did knowingly and intentionally conspire to distribute controlled substances, including: cocaine and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), substances controlled under Title 21, United States Code.

Superseding Information - 1
*United States v. Ibarra Loera*, CR25-091 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846.

### COUNT 2

**(Possession of a Firearm in Furtherance of a Drug Trafficking Offense)**

On or about May 29, 2025, in King County, within the Western District of Washington, DANIEL IBARRA LOERA knowingly possessed a firearm, that is: a Springfield Hellcat 9mm pistol, a Superior Arms Rifle, a Taurus G3C 9x19 handgun, a Glock 9x19 handgun, a Glock 30S handgun, and a Springfield Armory SA-XD-40 handgun in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States: *Conspiracy to Distribute Controlled Substances*, as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### COUNT 3

**(Conspiracy to Commit Money Laundering)**

Beginning at a time unknown, and continuing until on or about May 29, 2025, in King County, within the Western District of Washington, and elsewhere, DANIEL IBARRA LOERA, and others known and unknown, unlawfully and knowingly combined, conspired, confederated and agreed together and with each other to commit a certain money laundering offense under Title 18, United States Code Section 1956, as follows:

**1956(a)(1)(B)(i)**

Did knowingly conduct and attempt to conduct financial transactions, that is: transactions involving the movement of funds by wire and other means affecting interstate and foreign commerce, and transactions involving the use of a financial institution which is engaged in and affects interstate and foreign commerce, which involved the proceeds of specified unlawful activity, that is conspiracy to distribute

Superseding Information - 2
*United States v. Ibarra Loera*, CR25-091 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

controlled substances, in violation of Title 21, Untied States Code, Sections 841(a)(1), and 846, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1, 2 and 3 of this Superseding Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, DANIEL IBARRA LOERA shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense, including but not limited to:

a. The following property, seized from 24645 96th Avenue S., Kent, Washington, 98030, a residence associated with Daniel Ibarra Loera:

(1) A 2023 Dodge Charger SRT Hellcat, Washington License CSK4107, VIN #2C3CDXL94PH502945, registered to Elizabeth Perez Garcia, seized while in the possession of Daniel Ibarra Loera;

(2) A white 2017 Cadillac CTS-V, Washington License CBN0320, VIN #1G6A15S69H0149957, registered to Oscar Vargas Corona, seized while in the possession of Daniel Ibarra Loera;

(3) A gray 2010 Chevrolet Corvette ZR1 Coupe, Washington License CGJ1552, VIN #1G1YN2DTXA5800015, registered to Alexis Cruz

Superseding Information - 3
*United States v. Ibarra Loera*, CR25-091 TL

Lopez, seized while in the possession of Defendant Daniel Ibarra Loera;

(4)    Approximately $5,385.00 in U.S. Currency, seized from various locations within 24645 96th Avenue S., Kent, Washington;

(5)    A Bulova Wristwatch, colored yellow-gold with clear stones, seized from the garage of the residence located at 24645 96th Avenue S., Kent, Washington;

(6)    A Glock 30S handgun, bearing serial number BTHY343, and any associated accessories and ammunition;

(7)    A Glock 19 handgun, bearing serial number AGCP580, and any associated accessories and ammunition;

(8)    A Taurus G3C handgun, bearing serial number ACB527669, and any associated accessories and ammunition;

(9)    A Superior Arms SR-15 Rifle, bearing serial number 51346, and any associated ammunition;

(10)    A Springfield Hellcat Pistol, bearing serial number BA538720, and any associated accessories and ammunition;

(11)    A Springfield Armory SA-XD-40 Handgun, bearing serial number US262902, with two (2) loaded and 1 unloaded magazines, and any associated ammunition;

(12)    Miscellaneous ammunition, magazines, and accessories; and

(13)    Two (2) Kevlar vests;

b.    A gray 2018 Audi RS3 Quattro, Washington License CAM9063, VIN #WUABWGFF6J1906566, registered to Alexis Cruz Lopez, seized while in the possession of Daniel Ibarra Loera from Public Storage Unit M005,10020 Martin Luther King Jr. Blvd South, Seattle, Washington; and

Superseding Information - 4
*United States v. Ibarra Loera*, CR25-091 TL

c.    a sum of money reflecting the proceeds Daniel Ibarra Loera obtained from the offense.

Upon conviction of the offense alleged in Count 2, DANIEL IBARRA LOERA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to the following:

a.    A Glock 30S handgun, bearing serial number BTHY343, and any associated ammunition;

b    A Glock 19 handgun, bearing serial number AGCP580, and any associated ammunition;

c.    A Taurus G3C handgun, bearing serial number ACB527669, and any associated ammunition;

d.    A Superior Arms SR-15 Rifle, bearing serial number 51346, and any associated ammunition;

e.    A Springfield Hellcat Pistol, bearing serial number BA538720, and any associated ammunition; and

f.    A Springfield Armory SA-XD-40 Handgun, bearing serial number US262902, and any associated ammunition.

Upon conviction of the offense alleged in Count 3, DANIEL IBARRA LOERA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1982(a)(1), any property involved in the offense, including but not limited to a sum of money reflecting the property involved in the offense.

//

//

Superseding Information - 5
*United States v. Ibarra Loera*, CR25-091 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

//

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

DATED this 22nd day of April, 2026.

s/ Sarah Y. Vogel
SARAH Y. VOGEL
Criminal Chief Assistant U.S. Attorney

_____  For
VINCENT T. LOMBARDI
Assistant United States Attorney

_____
CASEY S. CONZATTI
BRIAN J. WYNNE
Assistant United States Attorneys

Superseding Information - 6
*United States v. Ibarra Loera*, CR25-091 TL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970